# FILED

11/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 19-0623

FILED

NOV 1 3 2020

Commission on Practice
of the Supreme Court
State of Montana

BEFORE THE COMMISSION ON PRACTICE

OF THE SUPREME COURT OF THE STATE OF MONTANA

* * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CAITLIN PABST, | Supreme Court No. PR 19-0623 |
| An Attorney at Law, | ODC File No. 18-174 |
| Respondent. | **ORDER** |

Upon consideration of the Motion to Dismiss the formal complaint filed by the Office of Disciplinary Counsel (ODC) and finding good cause to dismiss this matter without prejudice,

IT IS HEREBY ORDERED that the formal complaint filed herein be and hereby is DISMISSED without prejudice.

DATED this 13th day of November, 2020.

COMMISSION ON PRACTICE OF THE
SUPREME COURT OF THE STATE OF
MONTANA

By _____
Ward E. "Mick" Taleff, Chair

## CERTIFICATE OF SERVICE

I certified that I emailed a true copy of the foregoing Order this 13th day of November, 2020, as follows:

Marshall L. Mickelson
Attorney at Law
P.O. Box 509
Butte, MT 59703
mmick@cpklawmt.com.

Pamela D. Bucy
Chief Disciplinary Counsel
Office of Disciplinary Counsel
P.O. Box 1099
Helena, MT 59624-1099
pbucy@montanaodc.org

Shelly Smith, Office Administrator

# CERTIFICATE OF SERVICE

I, Shelly Smith, hereby certify that I have served true and accurate copies of the foregoing Other - Other to the following on 11-13-2020:


Ward E. Taleff (Attorney)
300 River Drive North,
Suite 5
GREAT FALLS MT 59401
Representing: Commission on Practice
Service Method: eService

Pamela D. Bucy (Attorney)
P.O. Box 1099
Helena MT 59624
Representing: Office of Disciplinary Counsel
Service Method: eService

Marshal L. Mickelson (Attorney)
129 W. Park Street
Butte MT 59701
Representing: Caitlin Terese Pabst
Service Method: eService

Electronically Signed By: Shelly Smith
Dated: 11-13-2020